# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ARIEL BOOKER, *individually, and on behalf of others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> SCIBMATT LLC d/b/a COPELANDS OF NEW ORLEANS and BILL GOUDEY, <br><br> Defendants. | Civil Action File No.: <br> 1:22-cv-03192-LMM |

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal of Case with Prejudice ("Joint Motion"), the Court hereby GRANTS the Joint Motion and approves the settlement between the Parties based on the following findings:

1. The Court has sufficient information to conclude that the settlement represents a fair, reasonable and adequate resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

2. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties.

WHEREFORE, the Court hereby ORDERS that the Joint Motion be and is GRANTED; the settlement is APPROVED; and the claims of Plaintiff and all Opt-In Plaintiffs are DISMISSED WITH PREJUDICE. The Parties will bear costs and fees in accordance with the terms of the Parties' settlement. The Court will retain jurisdiction to enforce the terms of the Parties' settlement.

SO ORDERED this __14th__ day of November, 2024.

                                                     _____
                                                    Honorable Leigh Martin May
                                                    United States District Judge